UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| John M. Massey and Kimberly K. Massey,<br><br>Plaintiffs,<br><br>v.<br><br>Mortgage Electronic Registration Systems, Inc., Countrywide Home Loans, Inc., Countrywide Home Loans Servicing LP, and HSBC Bank USA, as trustee for the Registered Holders of the Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-through Certificates, Series MLMI 2005-A10 Dated June 18, 2008,<br><br>Defendants. | Civ. No. 0:09-cv-01144-RHK-JSM<br><br><br><br><br><br>**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

**TO: Plaintiffs John M. Massey and Kimberly K. Massey, 724 East Minnehaha Parkway, Minneapolis, MN 55417**

Defendants move for summary judgment on all of plaintiff's claims. This motion is made pursuant to Fed. R. Civ. P. 56(c) on the grounds that there are no genuine issues as to any material facts, and that defendants are entitled to summary judgment as a matter of law. This motion is supported by all files, records, and proceedings herein, including supporting papers to be filed in accordance with Local Rule 7.1(b).

Respectfully submitted,

Dated: March 5, 2010

**BRIGGS AND MORGAN, P.A.**

By:      s/ Mark G. Schroeder
    Mark G. Schroeder (#171530)
    Brent R. Lindahl (#286862)
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 977-8400

**Attorneys For Defendants**