John and Kimberly Massey,

                 Plaintiffs,

                              Civ. No. 09-1144 (RHK/JSM)
                              **ORDER**

v.

Mortgage Electronic Registration Systems,
Inc., *et al.*,

                 Defendants.

Pursuant to the attached correspondence from the parties, **IT IS ORDERED** that:

1.      Plaintiffs shall serve and file a Memorandum in Opposition to Defendants' Amended Motion for Summary Judgment on or before May 7, 2010;

2.      Defendants may serve and file a Reply Memorandum, if any, in support of their Motion on or before May 14, 2010; and

3.      A hearing on the Motion will be held before the undersigned at 8:00 a.m. on May 19, 2010, in Courtroom 7A, Warren E. Burger Federal Building and United States Courthouse, 316 N. Robert Street, St. Paul, MN.  The hearing on the Motion currently scheduled for May 4, 2010, is **CANCELED**.

Date:  April 27, 2010

                            s/Richard H. Kyle
                            RICHARD H. KYLE
                            United States District Judge