**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

John M. Massey and Kimberly
K. Massey,

                Plaintiffs,

v.

Mortgage Electronic Registration
Systems, Inc., Countrywide Home Loans,
Inc., Countrywide Home Loans Servicing, LP,
and HSBC Bank USA, National Association,

                Defendants.

Civ. No. 09-1144 (RHK/JSM)
**ORDER**

---

This matter is before the Court *sua sponte*. Defendants have filed a Motion for Summary Judgment in this action, which is scheduled to be heard by the Court on May 19, 2010, at 8:00 a.m. Having reviewed the parties' Motion papers, the Court does not believe that oral argument will materially assist its resolution of the Motion. Accordingly, **IT IS ORDERED** that the hearing on Defendants' Motion is **CANCELED**. The Motion is deemed submitted as of May 13, 2010, the date of Defendants' Reply Memorandum.

Dated: May 14, 2010

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge